**2004–0212. State v. Maske.**
Stark App. No. 2002CA00336, 2003-Ohio-5767. On motion for leave to file delayed appeal. Motion

denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.